KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DEREK OWENS (CSBN 230237)
Special Assistant United States Attorney

CHRIS DONEWALD
Law Clerk

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-7031
   Fax:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 05-00790 MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| KEITH A. GRESSEL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    On December 12, 2005, the parties in this case appeared before the Court for an intial appearance and identification of counsel.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from December 12, 2005 to January 27, 2005 for continuity of counsel and for effective preparation of defense counsel.  Specifically, Ms. Falk, counsel for Mr. Gressel, requested the continuance in light of her schedule and her need to review discovery from the United States Attorney's Office.  The parties represented that granting

1  the continuance was the reasonable time necessary for continuity of defense counsel and
2  effective preparation of defense counsel, taking into account the exercise of due diligence.  See
3  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by
4  granting such a continuance outweighed the best interests of the public and the defendant in a
5  speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
6  SO STIPULATED:

7                                      KEVIN V. RYAN
                                       United States Attorney
8
              12/15/2005                       /s/ Derek Owens
9  DATED: _____       _____
                                       DEREK OWENS
10                                     Special Assistant United States Attorney

11            12/15/2005                       /s/ Elizabeth Falk
   DATED: _____       _____
12                                     ELIZABETH FALK
                                       Attorney for Mr. Gressel
13

14     For the reasons stated above, the Court finds that an exclusion of time between December 12,
15  2005 and January 27, 2005 is warranted and that the ends of justice served by the continuance
16  outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C.
17  §3161 (h)(8)(A).  The failure to grant the requested continuance would deny Mr. Gressel
18  continuity of counsel and would deny defense counsel the reasonable time necessary for
19  effective preparation, taking into account the exercise of due diligence, and would result in a
20  miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

21

22  SO ORDERED.

23  DATED: December 20, 2005       _____
                                       ELIZABETH D. LAPORTE
24                                     United States Magistrate Judge

[Stamp: GRANTED — Elizabeth D. Laporte — Judge Elizabeth D. Laporte — United States District Court, Northern District of California]

Stipulation and [~~Proposed~~] Order