SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                        )<br>        Plaintiff,           )<br>                                        )<br>      v.                          )<br>                                        )<br>KEITH GRESSEL,               )<br>                                        )<br>        Defendant.          )<br>_____ ) | CR No.: 05-00790 MAG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RECALLING BENCH<br>WARRANT AND SETTING NEXT<br>APPEARANCE FOR MARCH 6, 2007 |

    On February 6, 2007, the parties in this case appeared before the Court for a status hearing regarding the termination of defendant's pretrial diversion program, as well as his pretrial release status. On that date, defendant was released on a $5,000, unsecured bond, with several conditions of release and appearance. Included on that bond was the condition that defendant must reside at a Cornell Correctional Facility Halfway House in San Francisco. Defendant failed to report to the halfway house. The Court also ordered defendant to appear on February 13, 2007, at 10:30 a.m. for a change of plea hearing.

    The defendant failed to appear for the February 13, 2007, appearance, and at the time of that hearing had not yet reported to the halfway house as ordered by the Court. Based on the failure

to appear, and the pretrial release violations, the Court issued an arrest warrant for defendant.

On February 14, 2007, defendant did report to the halfway house, and has resided there since that date. Because the defendant's failure to report to the halfway house was the main basis for the issuance of the bench warrant, and because defendant has now reported, the parties jointly, and respectfully request the Court to recall the warrant at this time.

The parties further jointly, and respectfully request that Court set the next appearance for this matter as a change of plea hearing on March 6, 2007, at 10:30 a.m. before the Honorable Elizabeth D. Laporte.

SO STIPULATED:

                                        SCOTT N. SCHOOLS
                                        Interim United States Attorney

DATED: 2/21/2007     /s/ Derek Owens
_____
DEREK R. OWENS
Special Assistant United States Attorney

DATED: 02/24/07     /s/ Elizabeth Falk
_____
ELIZABETH FALK
Attorney for Keith Gressel

The Court hereby orders the arrest warrant issued on February 14, 2007, for Keith Gressel to be withdrawn.

The Court further orders the parties to be present for a change of plea hearing on March 6, 2007, at 10:30 a.m. before the Honorable Elizabeth D. Laporte.

SO ORDERED.

DATED: February 28, 2007

_____
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Elizabeth D. Laporte]*

Stipulation and [~~Proposed~~] Order