```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA 94102
 4  Telephone: (415) 436-7700

 5  Counsel for Defendant GRESSEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-05-790 MAG |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | CONTINUING CHANGE OF PLEA |
| KEITH GRESSEL, ) | HEARING   AS MODIFIED |
| Defendant. ) | |

STIPULATION

The parties agree to continue the change-of-plea hearing in the above-captioned matter from March 6, 2006 until March 27, 20046 at ~~10:30 a.m.~~ 3:30 PM.  Defendant requests this continuance due to the fact that defense counsel needs to make an emergency appearance in Oakland on an in-custody matter before Judge Armstrong at 9:00 a.m. tomorrow, March 6, 2007, and does not expect to return to San Francisco in time for the appearance in Mr. Gressel's case.  Furthermore, defense counsel is expected in Judge Walker's courtroom at 10:30 a.m. on March 13, 2007, so she cannot make a court date before this Court on March 13, 2007.

It is so stipulated.

DATED:  03/05/07                         _____/S/_____
                                         ELIZABETH M. FALK
                                         Assistant Federal Public Defender

DATED: 03/05/07 _____/S/_____
DEREK OWENS
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based upon a showing by defense counsel of good cause, the change of plea hearing in the aforementioned case is hereby CONTINUED to March 27, 2007, at ~~10:30 a.m.~~ 3:30 PM.

**IT IS SO ORDERED.**

DATED: March 5, 2007

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

STIP & ORDER CONTINUING
BAIL HEARING
*United States v. Gressel*
CR 3-05-790 MAG

- 2 -